NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1055

STATE OF LOUISIANA

VERSUS

LEONARD J. HICKMAN, SR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 56607
HONORABLE STEPHEN BRUCE BEASLEY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED. MOTION TO WITHDRAW GRANTED.**

Don M. Burkett
District Attorney
Eleventh Judicial District Court
Post Office Box 432
Mansfield, LA 71052-0432
(318) 872-2291
COUNSEL FOR APPELLEE:
    State of Louisiana

**G. Paul Marx**
**Post Office Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Leonard J. Hickman, Sr.**

**Leonard J. Hickman, Sr.**
**Forcht-Wade Correction Center**
**7990 Caddo Drive**
**Keithville, LA 71047-7011**
**In Proper Person**